UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/26

MERCIS B.V.,

Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

1:26-cv-4035 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court received the attached communication *ex parte* via email to Chambers. As the Court's Individual Rules of Practice in Civil Cases make clear, parties should not communicate with the Court *ex parte* via email but rather should file requests for relief, and other communications, via letter on the docket.

**SO ORDERED.**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**

**Date: September 1, 2026**
**New York, NY**

**From:** Sophia
**To:** Vyskocil NYSD Chambers
**Subject:** Case Settlement Issue
**Date:** Tuesday, September 1, 2026 9:28:30 AM

**CAUTION - EXTERNAL:**

Dear Judge,

I am a store seller and I have a case in your court that I wish to settle. However, I haven't made any progress in contacting the plaintiff's lawyer. I expressed my intention to settle in July and it has been over a month now. I am indeed very anxious and hope to reach a settlement quickly. Therefore, I hope the judge can help me urge the plaintiff's lawyer to contact me.
Case number: 26-cv-04035. The store name is Hemzira (A4Z8ODRMH5RFK).

I look forward to your assistance. Thank you very much!

Regards,

Sophia
853893954@qq.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.